Lesley E. Weaver (SBN 191305)
*lweaver@bfalaw.com*
Anne K. Davis (SBN 267909)
*adavis@bfalaw.com*
Joshua D. Samra (SBN 313050)
*jsamra@bfalaw.com*
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

Sabita J. Soneji (SBN 224262)
*ssoneji@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Tel.: (510) 254-6808

*Counsel for Plaintiffs and the Proposed Class*

*[Additional counsel on signature block]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JOSEPH JACKSON and RACHEL ZIMMERMAN, individually and on behalf of all similarly situated persons,

Plaintiffs,

v.

THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,

Defendants.

Case No. 3:25-cv-00894-JSC

**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDING**

Pursuant to Civil Local Rule 3-13, Plaintiffs Joseph Jackson and Rachel Zimmerman ("Plaintiffs"), submit this Notice of Pendency of Other Actions or Proceeding to give notice of the following actions:

| Case | Court | Date Filed |
|---|---|---|
| *Sims v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00407 | N.D. Ill. | January 14, 2025 (The *Sims* Complaint is attached as Ex. 1). |
| *Duffield v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00609 | N.D. Ill. | January 17, 2025 (The *Duffield* Complaint is attached as Ex. 2). |
| *Bare, et al. v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00621 | N.D. Ill. | January 17, 2025 (The *Bare* Complaint is attached as Ex. 3). |
| *Roque v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00709 | N.D. Ill. | January 21, 2025 (The *Roque* Complaint is attached as Ex. 4). |
| *Eppley, et al. v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00815 | N.D. Ill. | January 23, 2025 (The *Eppley* Complaint is attached as Ex. 5). |
| *Azar v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00866 | N.D. Ill. | January 24, 2025 (The *Azar* Complaint is attached as Ex. 6). |
| *Streifel v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00940 | N.D. Ill. | January 28, 2025 (The *Streifel* Complaint is attached as Ex. 7). |

The actions are individual and putative class actions brought on behalf of overlapping classes of consumers throughout the United States who were not informed of, and did not consent to, the ongoing collection, use, and sale of their personal information. The Allstate Corporation, Allstate Insurance Company, and Allstate Vehicle and Property Insurance Company, (collectively, "Allstate"), and Arity, LLC, Arity 875, LLC, and Arity Services, LLC (collectively, "Arity") are named as defendants in all of the cases, and each of the individual plaintiffs and proposed classes seeks to recover for alleged violations of privacy rights based on supposed collection of personal information via websites, third-party mobile apps, Arity's own mobile app, Arity's software development kit ("SDK"), and devices installed in consumers' vehicles. The above actions are early in the proceedings, with as of the time of this filing, no Defendant having filed a responsive pleading in any action yet.

All of the above actions are related to this action. The actions all contain claims that overlap with the claims alleged in the Complaint,[1] and call for determination of multiple questions of fact and law that will be the same or substantially similar. In particular, the actions involve allegations that

[1] *See* Plaintiffs' Class Action Complaint (ECF No. 1).

Arity's SDK was integrated into third-party apps to collect data about consumers' location and other personal information. The alleged capture, storage, and sale of consumers' personal information is claimed in all of the actions to constitute violations of various statutes and common law principles concerning privacy and consumer protection. Given these actions concern common questions of fact and law, transfer and consolidation may avoid conflicts, conserve resources and promote efficiency.

Dated: February 4, 2025

Respectfully submitted,

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
*lweaver@bfalaw.com*
Anne K. Davis (SBN 267909)
*adavis@bfalaw.com*
Joshua D. Samra (SBN 313050)
*jsamra@bfalaw.com*
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

Gregory S. Mullens (*pro hac vice* forthcoming)
*gmullens@bfalaw.com*
**BLEICHMAR FONTI & AULD LLP**
75 Virginia Road, 2nd Floor
White Plains, New York 10603
Tel.: (415) 445-4006

Sabita J. Soneji (SBN 224262)
*ssoneji@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Tel.: (510) 254-6808

Shana Khader (*pro hac vice* forthcoming)
*skhader@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave. NW, Suite 1010
Washington, D.C. 20006
Tel.: (202) 973-0900

*Counsel for Plaintiffs and the Proposed Class*